**The Law Office Of Christina Giorgio, PLLC**
30 Wall Street, 8th Floor
New York, NY 10005
(212) 859 – 5010 (office)
(347) 320-6670 (mobile)
cgiorgio@giorgiolegal.com

<u>VIA ECF</u>

October 8, 2020

Frank Daley
United States District Court
For the Eastern District of New York
Finance Department
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:     John Kwon v Gold Coast Sports Cars, LLC and Evan Christodoulou, Case No. 20-CV-4811
                  Application for Refund of Duplicate Filing Payment

Dear Mr. Daley:

This office represents the Plaintiff in the above referenced matter.

I write to request a refund of the duplicate $400.00 filing fee that was processed to my credit card when filing the complaint. Specifically, I filed the complaint with ECF yesterday, October 7, 2020 and was charged twice by the system. I have attached the receipt of the double billing to my credit card. Please refund the duplicate payment to the same credit card. I redacted the credit card number for privacy reasons as required by the Federal Rules for electronic filings.

If you should need any additional information, please do not hesitate to let me know.

                     Regards,

                     /s/

                     Christina Giorgio, Esq

## Please Refund Tracking Id: ANYEDC-13486132

**APPROVED**
By Augie at 8:57 am, Oct 09, 2020

Christina Giorgio <cgiorgio@giorgiolegal.com>

**Pay.gov Payment Confirmation: NEW YORK EASTERN DISTRICT COURT**
2 messages

**do_not_reply@psc.uscourts.gov** <do_not_reply@psc.uscourts.gov>　　　　　Wed, Oct 7, 2020 at 3:42 PM
Reply-To: Frank_Daley@nyed.uscourts.gov
To: cgiorgio@giorgiolegal.com

　　Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact:
　　Financial Department at (718)613-2580.

　　Account Number: 5106979
　　Court: NEW YORK EASTERN DISTRICT COURT
　　Amount: $400.00
　　Tracking Id: ANYEDC-13486132
　　Approval Code: 07188D
　　Card Number: ************
　　Date/Time: 10/07/2020 03:42:39 ET

　　NOTE: This is an automated message. Please do not reply

**do_not_reply@psc.uscourts.gov** <do_not_reply@psc.uscourts.gov>　　　　　Wed, Oct 7, 2020 at 4:27 PM
Reply-To: Frank_Daley@nyed.uscourts.gov
To: cgiorgio@giorgiolegal.com

　　Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact:
　　Financial Department at (718)613-2580.

　　Account Number: 5106979
　　Court: NEW YORK EASTERN DISTRICT COURT
　　Amount: $400.00
　　Tracking Id: ANYEDC-13486668
　　Approval Code: 01273D
　　Card Number: ************
　　Date/Time: 10/07/2020 04:27:08 ET

[Quoted text hidden]

# EXHIBIT A