UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOHN KWON

                              Plaintiff,

-against-

GOLD COAST SPORTS CARS, LLC, and
EVAN CHRISTODOULOU,

                             Defendants.
------------------------------------------------------------------X

**Case No.:** 2:20-cv-4811 (JMA) (SIL)

**NOTICE OF APPEARANCE**

        **PLEASE TAKE NOTICE** that Joseph M. Labuda, Esq. hereby appears as counsel for Plaintiffs.  I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated: Lake Success, New York
         January 5, 2021

                                            Respectfully submitted,

                                            **MILMAN LABUDA LAW GROUP PLLC**

                                            __/s Joseph M. Labuda, Esq._____
                                            Joseph M. Labuda, Esq.
                                            3000 Marcus Avenue, Suite 3W8
                                            Lake Success, NY 11042-1073
                                            (516) 328-8899 (office)
                                            (516) 303-1380 (direct dial)
                                            (516) 328-0082 (facsimile)
                                            joe@mllaborlaw.com

                                            *Attorneys for Defendants*