# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

January 5, 2021

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Steven I. Locke, U.S.M.J.
100 Federal Plaza, Courtroom 920
Central Islip, NY 11722-4438

   *Re:* **Kwon v. Gold Coast Sports Cars, LLC,** *et ano.*
      **Case No.: 2:20-cv-4811 (JMA) (SIL)**
      <u>**MLLG File No.: 127-2020**_____</u>

Dear Judge Locke:

  This firm represents the Defendants Gold Coast Sports Cars, LLC (the "Corporate Defendant"), and Evan Christodoulou (hereinafter the "Individual Defendant") (the Corporate Defendant and Individual Defendant collectively hereinafter the "Defendants"). Defendants write to respectfully request an extension of time to respond to the complaint *nunc pro tunc*. Defendants' request is made to this Court pursuant to ¶ 4(A) of the Hon. Joan M. Azrack's Individual Rules, which require all non-dispositive pretrial motions and applications to be made here.

  Pursuant to this Court's Individual Motion Practices ¶ 2(B), Defendants respectfully submit that:

  (i) the original date of the deadline to respond to the complaint was December 7, 2020;

  (ii) the reason for the requested extension is because the associate attorney originally assigned to this case has left the firm and this case was only recently assigned to me;

  (iii) the adversary has consented to an extension of time until January 6, 2021; and

  (iv) there have been no previous requests for an extension of time to respond to the complaint.

  Based on the foregoing, Defendants respectfully submit that good cause exists warranting an extension of time pursuant to Rule 6 of the Federal Rules of Civil Procedure. <u>See</u> Fed. R. Civ. P. 6(a)(1)(A).

  Defendants thank this Court for its time and attention to this case

Hon. Steven I. Locke, U.S.M.J.
January 5, 2021
P a g e | **2**

Dated: Lake Success, New York
       January 5, 2021

                                             Respectfully submitted,

                                             **MILMAN LABUDA LAW GROUP PLLC**

                                             _____/s_____
                                             Emanuel Kataev, Esq.
                                             3000 Marcus Avenue, Suite 3W8
                                             Lake Success, NY 11042-1073
                                             (516) 328-8899 (office)
                                             (516) 303-1395 (direct dial)
                                             (516) 328-0082 (facsimile)
                                             emanuel@mllaborlaw.com

cc: Plaintiff (via ECF).