**The Law Office Of Christina Giorgio, PLLC**
30 Wall Street, 8th Floor
New York, NY 10005
(212) 859 – 5010
cgiorgio@giorgiolegal.com

January 13, 2020

**VIA ECF**

Honorable Joan M. Azrack
United States District Court Judge
For the Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

    Re: John Kwon v Gold Coast *Sports Cars, LLC and Evan Christodoulou*
       Case No.: 20-CV-4811 (JMA)(SIL)
       Response to Defendants' Request for Pre-Motion Conference

Dear Judge Azrack:

On behalf of the Plaintiff, John Kwon, this office submits his response to Defendants' Request for a Pre-Motion Conference concerning their interest in filing a motion to dismiss the complaint pursuant to Fed.R.Civ.P. Rule 12(b)(6) for failure to state a claim upon which relief can be granted. Although Plaintiff disagrees with the substantive premises of Defendants' proposed motion, Plaintiff intends to exercise his right to voluntarily dismiss his complaint without prejudice pursuant to Fed.R.Civ.P. Rule 41(a)(1)(A)(i). A copy of said notice is attached hereto and will be served and filed today. Plaintiff, therefore, respectfully requests an order finding that the need for the Pre-Motion Conference is moot. We thank the Court for its time and consideration.

                                  Respectfully submitted,

                                  **THE LAW OFFICE OF
                                CHRISTINA GIORGIO, PLLC**

                                /s/

                                Christina Giorgio

cc: All Counsel of Record Via ECF