FILED
CLERK
1/14/2021 10:31 am
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

--------------------------------------------------------X

JOHN KWON,

      Plaintiff,

v.

GOLD COAST SPORTS CARS, LLC,
and EVAN CHRISTODOULOU,

      Defendants.

--------------------------------------------------------X

Case No.  20 CV 4811

NOTICE OF VOLUNTARY DISMISSAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

(JMA)(SIL)

Case closed.
SO ORDERED.
/s/ JMA, USDJ
1/14/2021

TO DEFENDANTS, GOLD COAST SPORTS CARS, LLC AND EVAN CHRISTODOULOU

AND THEIR COUNSEL OF RECORD:

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, John Kwon, through and by his counsel of record, hereby give notice that the above-entitled action is voluntarily dismissed without prejudice against all Defendants.

Dated: January 13, 2021

                                                                     Christina Giorgio, Esq. (CG0322)
                                                                     *Attorney for Plaintiff*

**THE LAW OFFICE OF**
**CHRISTINA GIORGIO, PLLC**
30 Wall Street, 8th Floor
New York, NY 10005
(212) 589 - 5010
cgiorgio@giorgiolegal.com