UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOHN KWON,

                      Plaintiff,

    -against-

GOLD COAST SPORTS CARS, LLC and EVAN
CHRISTODOULOU,

                    Defendants.
------------------------------------------------------------------X

**Case No.:** 2:20-cv-4811 (JMA) (SIL)

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE**, that pursuant to Rule 72(a) of the Federal Rules of Civil Procedures (hereinafter "Rules" or "Rule"), the Memorandum of Law in Support, the Declaration of Emanuel Kataev, Esq. with its accompanying exhibits, and all the papers and pleadings in this case, Defendants will respectfully move this Court before the Hon. Joan M. Azrack, U.S.D.J., on a date and time to be determined by the Court, for an Order setting aside the Hon. Steven I. Locke, U.S.M.J.'s Memorandum & Order, dated June 16, 2022, denying Defendants' motion for attorneys' fees pursuant to Rule 41(d), as well as for such other and further relief as this honorable Court deems just, equitable, and proper.

      **PLEASE TAKE FURTHER NOTICE**, that – pursuant to the Local Civil Rule 6.1(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York – opposition papers must be served within fourteen (14) days of service of the moving papers, and reply papers must be served within seven (7) days of service of the opposition papers.

Dated: Lake Success, New York
       July 7, 2022                                 **MILMAN LABUDA LAW GROUP PLLC**

                                                        By:  */s    Emanuel Kataev, Esq.*
                                                            Joseph M. Labuda, Esq.
                                                            Emanuel Kataev, Esq.
                                                           3000 Marcus Avenue, Suite 3W8
                                                           Lake Success, NY 11042-1073
                                                           (516) 328-8899 (office)
                                                           (516) 328-0082 (facsimile)
                                                           joe@mllaborlaw.com
                                                           emanuel@mllaborlaw.com

                                                           *Attorneys for Defendants*